IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LESLIE M. JORDAN, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:08-CV-06 (CDL) |
| UNITED STATES DHS/ICE and MICHAEL B. MUKASEY, United States Attorney General, | * * | |
| Defendants. | * | |
| | * | |

## ORDER ON RECOMMENDATION OF DISMISSAL
## BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on February 11, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 7th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE